**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINDA MARAVILHA,

    Plaintiff,

v.                                     Case No.:   8:17-cv-2669-T-30JSS

CREDIT ONE BANK, N.A.,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Dismiss and to Compel Arbitration (Dkt. 13). The Court concludes that the Motion should be granted in part, to the extent that the case shall be stayed and referred to arbitration.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion (Dkt. 13) is GRANTED in part.

2. The case is referred to arbitration as provided for in the governing Arbitration Agreement, and each party will bear its own fees and costs.

3. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of February, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record